UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-14501-CIV-MIDDLEBROOKS/LYNCH

TIFFANY DETORE,

    Plaintiff,

v.

CHICANE'S, INC.,

    Defendant.
_____/

FILED by ___ D.C.
NOV 18 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE
## AND
## ORDER REQUIRING JOINT SCHEDULING REPORT

**THIS CAUSE** comes before this Court upon an Order of Reference to conduct a Local Rule 16.1 scheduling conference. Noting that the parties have not yet filed a Joint Scheduling Report, it is hereby,

**ORDERED AND ADJUDGED** that the undersigned U.S. Magistrate Judge shall hold a telephonic scheduling conference in this case on **FRIDAY, DECEMBER 16, 2016 at 2:00 p.m.**, with counsel for the Plaintiff responsible for initiating the conference call to opposing counsel and to Chambers at (772) 467-2320. <u>Chambers will not initiate the conference call.</u> It is further,

**ORDERED AND ADJUDGED** that pursuant to Local Rule 16.1(b)(1), counsel for the parties shall hold a scheduling conference at which time they shall prepare a Joint Scheduling Report based on the already set trial date. The parties shall

file their Joint Scheduling Report no later than **WEDNESDAY, DECEMBER 14, 2016.** It is further,

**ORDERED AND ADJUDGED** that <u>it is important that the parties place the conference call to Chambers promptly at the appointed time.</u> This is important to ensure that the Court can hold the Scheduling Conference in time before the next one starts. There are multiple Scheduling Conferences set on this date. It is further,

**ORDERED AND ADJUDGED** that the parties should go ahead and begin pre-trial tasks now and in advance of the Scheduling Conference. This includes Initial Disclosures and discovery, and this should be reflected in the Joint Scheduling Report. This is important so that the parties can timely complete all pre-trial tasks before the soon upcoming trial date. <u>In other words the case already should be progressing by time of the Scheduling Conference.</u>

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _____ day of November, 2016.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: Jennings K. Brinson, Esq.
William E. Grob, Esq.