**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-14501-CIV-MIDDLEBROOKS**

TIFFANY DeTORE,

Plaintiff,

v.

CHICANE'S, INC.,

Defendant.
_______________________________/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal with Prejudice, filed on April 7, 2017. (DE 16). The Court notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.

**ORDERED** and **ADJUDGED** that the Clerk of Court shall **CLOSE this CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 10 day of April, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record